**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTE D. POINTER, Esq., SBN 236229**
**LATEEF GRAY, Esq., SBN 250055**
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Lateef.Gray@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MCKINNEY, DEBORAH MCKINNEY, RICHARD MCKINNEY, JACQUELINE TAYLOR, JAMES MCKINNEY and MICHAEL MCKINNEY as co-successors-in-interest to Decedent JEFFREY MCKINNEY<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD, a municipal corporation; RICARDO FLORES, KENNETH LANDRETH individually and in their official capacity for the HAYWARD POLICE DEPARTMENT; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | CASE NO.: 3:15 – CV – 03121 – TEH<br><br>**REQUEST & [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the fully executed Settlement Agreement and Release, Plaintiffs, DIANE MCKINNEY, DEBORAH MCKINNEY, RICHARD MCKINNEY, JACQUELINE TAYLOR, JAMES MCKINNEY and MICHAEL MCKINNEY; hereby respectfully request that this action be dismissed with prejudice as provided for under FRCP 41(a)(2).

IT IS SO AGREED.

Date: August 3, 2016                     LAW OFFICES OF JOHN L. BURRIS

                                         /s/ Adanté Pointer
                                         ADANTÉ D. POINTER
                                         Attorneys for Plaintiffs

Date: August 3, 2016

                                         /s/ Jeffrey Vucinich
                                         JEFFREY VUCINICH
                                         Attorneys for Defendants

## [PROPOSED] ORDER

It is hereby ORDERED that pursuant to Federal Rules of Civil Procedure 41(a)(2) the entire civil action entitled <u>McKinney, et al. v. City of Hayward, et al.</u> case number 3:15-cv-03121 TEH is dismissed with prejudice.

8/4/2016
DATE

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE